UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-3630

Kidd

vs.

Trans Union, et al.

Allan R. Kidd, Appellant

(New Jersey District Civil No. 01-cv-03585)

**O R D E R**

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

*Marcia M. Waldron*

Clerk
United States Court of Appeals
for the Third Circuit

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron,
Clerk

Date: January 29, 2004

cc:
  Lisa J. Rodriguez, Esq.
  David B. Mour, Esq.
  Mark E. Kogan, Esq.
  Anthony J. Sylvester, Esq.

RECEIVED
FEB 3 2004
AT 8:30_____M
WILLIAM T. WALSH, CLERK